IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:19-cv-00954 |
| | ) |
| DELTA CAREER EDUCATION | ) JUDGE RICHARDSON |
| CORPORATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A) and (B), this case is referred to the Magistrate Judge for entry of a scheduling order; for decision on all pretrial, non-dispositive motions; and for reports and recommendations on all dispositive motions.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE